# United States Bankruptcy Court
# Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Woo, Young, E** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **5188** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> **28 Sanctuary** <br> **Irvine CA** <br> ZIP CODE **92620** | Street Address of Joint Debtor (No. & Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Young E Woo**

FORM B1, Page 2

| Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X  **/s/ Stirling J Hopson**     **9/16/2009**
Signature of Attorney for Debtor(s)     Date
**Stirling J Hopson**     **158540**

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Young E Woo**

**FORM B1,** Page 3

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Young E Woo**
Signature of Debtor   **Young E Woo**

X  **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**9/16/2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X  **/s/ Stirling J Hopson**
Signature of Attorney for Debtor(s)

**Stirling J Hopson**
Printed Name of Attorney for Debtor(s)

**Law Offices of Stirling J Hopson**
Firm Name

**411 W Lambert Rd  #402  Brea  CA  92821**
Address

**714-257-3500**          **714-257-3503**
Telephone Number

**9/16/2009**          **158540**
Date                    Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X  **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Stirling J Hopson<br>Law Offices of Stirling J Hopson<br>411 W Lambert Rd #402<br>Brea CA 92821<br>Phone: 714-257-3500  Fax: 714-257-3503<br>California State Bar Number: 158540<br>☒ Attorney for: Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Young E Woo<br><br>                                        Debtor. | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists  Date Filed: 09/16/09
☒ Amendments to petition, statement of affairs, schedules or lists  Date Filed: 09/16/2009
☐ Other: _____  Date Filed: _____

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____   Date  9/16/09
Signature of Signing Party

Young E Woo
Printed Name of Signing Party

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____   Date  9-16-09
Signature of Attorney for Signing Party

Stirling J Hopson
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re **Young E Woo** | CHAPTER: **7** |
|---|---|
| Debtor. | CASE NO.: |

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Young E Woo**
                      **Young E Woo**

Date:   **9/16/2009**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Chapter 7**
**Young Woo**
**Filed 09-13-2001**
**Case # 2:01-bk-37732-ER**
**Los Angeles**
**Discharged 01-31-03**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Digital Media and Beyond Inc**
**FDBA Latin Media**
**8:09-bk-10936-ES**
**Filed CH7 in Santa Ana on 02-05-09**

**The Majestic 88 Group LLC**
**8:09-bk-13854-ES**
**CH7 in Santa Ana on 04-29-09**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Brea, CA**, California  **/s/ Young E Woo**
Debtor

Dated: **9/16/2009**

| Form B6D - (12/07) | | | | | | | 2007 USBC, Central District of California |
|---|---|---|---|---|---|---|---|
| In re **Young E Woo** | | | | Debtor. | Case No.: | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

q    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **2399**<br>**BAC Home Loans**<br>**POB 5079**<br>**Simi Valley CA 92062** | | | **Mortgage**<br>**Second Home**<br>**13345 Quintawa**<br>**Desert Hot Springs CA 92240**<br>_____<br>**Value $168,000.00** | | | | 284,998.00 | 116,998.00 |
| Last four digits of ACCOUNT NO. **0667**<br>**BAC Home Loans**<br>**POB 5079**<br>**Simi Valley CA 92062** | | | **Mortgage**<br>**Rental**<br>**164 Gallery Way**<br>**Tustin CA 92782**<br>_____<br>**Value $332,000.00** | | | | 404,000.00 | 72,000.00 |
| Last four digits of ACCOUNT NO. **0206**<br>**BMW Financial Services**<br>**POB 75108**<br>**Phoenix AZ 83061** | | | **10/01/2007**<br>**Mortgage**<br>**Auto Lease**<br>_____<br>**Value $0.00** | | | | 2,168.00 | 0.00 |
| Last four digits of ACCOUNT NO. **7510**<br>**Chase**<br>**POB 74148**<br>**Phoenix AZ** | | | **Mortgage**<br>**Second Home**<br>**13345 Quintawa**<br>**Desert Hot Springs CA 92240**<br>_____<br>**Value $168,000.00** | | | | 32,330.00 | 0.00 |

<u>3</u> continuation sheets attached

|  | Subtotal (Total of this page) ø | $ 723,496.00 | $ 188,998.00 |
|---|---|---|---|
|  | Total (Use only on last page) ø | $ | $ |
|  |  | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

| Form B6D - (12/07) | | | | | | | 2007 USBC, Central District of California |
|---|---|---|---|---|---|---|---|

| In re | Young E Woo | | Case No.: |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **5050** <br> **Chase** <br> POB 74148 <br> Phoenix AZ 85060 | | | **Mortgage** <br> **Rental** <br> **164 Gallery Way** <br> **Tustin CA 92782** <br> _____ <br> **Value $332,000.00** | | | | 49,948.00 | 49,948.00 |
| Last four digits of ACCOUNT NO. **7637** <br> **DCFS USA LLC** <br> POB 9001321 <br> Louisville KY 37290 | | | **04/01/2007** <br> **Mortgage** <br> _____ <br> **Value $0.00** | | | | 77,997.00 | 0.00 |
| Last four digits of ACCOUNT NO. **1017** <br> **Hanmi Bank** <br> 3660 Wilshire Blvd PH-A <br> Los Angeles CA 90010 | | | **Mortgage** <br> **Rental  20 Mineral King** <br> **Irvine CA 92602** <br> _____ <br> **Value $641,500.00** | | | | 1,222,000.00 | 580,500.00 |
| Last four digits of ACCOUNT NO. **2204** <br> **Hanmi Bank** <br> 3660 Wilshire Blvd PH-A <br> Los Angeles CA 90010 | | | **Mortgage** <br> **Commercial Property** <br> **653 S B Street** <br> **Tustin CA 92780** <br> _____ <br> **Value $1,100,000.00** | | | | 1,180,000.00 | 80,000.00 |
| Last four digits of ACCOUNT NO. **2848** <br> **Litton Loan Servicing** <br> POB 4187 <br> Houston TX 77200 | | | **Mortgage** <br> **Rental  20 Mineral King** <br> **Irvine CA 92602** <br> _____ <br> **Value $641,500.00** | | | | 655,200.00 | 13,700.00 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page)  Ø  $ **3,185,145.00**  $ **724,148.00**

Total(s) (Use only on last page)  Ø  $  $

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Form B6D - (12/07)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**2007 USBC, Central District of California**

| In re | **Young E Woo** | | Case No.: |
|---|---|---|---|
| | | Debtor. | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **2028** <br> **Marix Servicing** <br> **POB 630661** <br> **Dallas TX 75235** | | | **Mortgage** <br> **Rental 2330 Tryall** <br> **Tustin CA 92782** <br> _____ <br> **Value $396,000.00** | | | | **508,000.00** | **112,000.00** |
| Last four digits of ACCOUNT NO. <br> **Robert and Patricia Rand** <br> **6172 Sandy Hill Ln** <br> **Yorba Linda CA 92886** | | | **Mortgage** <br> **Commercial Property** <br> **653 S B Street** <br> **Tustin CA 92780** <br> _____ <br> **Value $1,100,000.00** | | | | **1,423,000.00** | **323,000.00** |
| Last four digits of ACCOUNT NO. **0310** <br> **Saxon** <br> **POB 167489** <br> **Ft Worth TX 76131** | | | **Mortgage** <br> **Rental 2330 Tryall** <br> **Tustin CA 92782** <br> _____ <br> **Value $396,000.00** | | | | **103,578.00** | **0.00** |
| Last four digits of ACCOUNT NO. **9981** <br> **Saxon** <br> **POB 167489** <br> **Ft Worth TX 76131** | | | **Mortgage** <br> **Residence** <br> **28 Sanctuary** <br> **Irvine CA 92620** <br> _____ <br> **Value $1,140,000.00** | | | | **1,022,000.00** | **0.00** |
| Last four digits of ACCOUNT NO. **1291** <br> **Specialized Loan Servicing** <br> **8742 Lucent Blvd Suite 300** <br> **Highlands Ranch CO 80129** | | | **Mortgage** <br> **Rental 20 Mineral King** <br> **Irvine CA 92602** <br> _____ <br> **Value $641,500.00** | | | | **256,374.00** | **0.00** |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page) Ø　　$ **3,312,952.00**　$ **435,000.00**

Total(s) (Use only on last page) Ø　　$　　$

(Report total also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Form B6D - (12/07)**  **2007 USBC, Central District of California**

In re **Young E Woo**  
Debtor.

Case No.: (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **6368**<br>**VeriCrest Financial**<br>**POB 24300**<br>**Oklahoma City OK 73134** | | | **Mortgage**<br>**Residence**<br>**28 Sanctuary**<br>**Irvine CA 92620**<br>_____<br>**Value $1,140,000.00** | | | | 518,223.00 | 0.00 |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) (Total(s) of this page) ø  $ 518,223.00   $ 0.00

Total(s) (Use only on last page) ø  $ 7,739,816.00   $ 1,348,146.00

(Report total also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Form B6E- (Rev. 12/07)**                                           **2007 USBC, Central District of California**

In re  **Young E Woo**                                              Case No.:

                                                          Debtor.                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑ **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re **Young E Woo**  
Debtor.

Case No.: (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **7333** <br> **Board of Equalization** <br> **POB 94279** <br> **Sacramento CA 94279** | | | **12/01/2008** <br> **Sales tax** | | | | **37,791.00** | **37,791.00** | **$0.00** |
| Last four digits of ACCOUNT NO. **555 9** <br> **EDD** <br> **POB 826276** <br> **Sacramento CA 94230** | | | **12/01/2008** <br> **Unemployment taxes for Magnus Investment Group** | | | | **35,536.00** | **35,536.00** | **$0.00** |
| Last four digits of ACCOUNT NO. **2000** <br> **Franchise Tax Board** <br> **POB 2952** <br> **Sacramento CA 95812-2952** | | | **08/01/2007** <br> **State tax** | | | | **8,501.00** | **8,501.00** | **$0.00** |
| Last four digits of ACCOUNT NO. **4535** <br> **Internal Revenue Service** <br> **POB 21126** <br> **Philadelphia PA 19114** | | | **12/01/2008** <br> **Corporate tax for Magnus Investment Group Inc** | | | | **171,261.00** | **171,261.00** | **$0.00** |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤ (Totals of this page) $ **253,089.00**  $ **253,089.00**  $ **0.00**

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **253,089.00**

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) $ **253,089.00**  $ **0.00**

| Form B6F (Official Form 6F) - (Rev. 12/07) | | | | | | 2007 USBC, Central District of California |

| In re | **Young E Woo** | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. <br> **Golf Investments** <br> **Stradling Yocca Carlson and Rauth** <br> **660 Newport Center Dr  Ste 1600** <br> **Newport Beach  CA  92660** | | | **11/01/2008** <br> **Lawsuit for damages** | | | | **unknown** |
| Last four digits of ACCOUNT NO. **8139** <br> **Hanmi Bank** <br> **3660 Wilshire Blvd  PH-A** <br> **Los Angeles  CA  90010** | | | **05/01/2008** <br> **Personal loan** | | | | **401,000.00** |
| Last four digits of ACCOUNT NO. **5568** <br> **Hanmi Bank** <br> **3660 Wilshire Blvd  PH-A** <br> **Los Angeles  CA  90010** | | | **02/01/2008** <br> **Personal loan** | | | | **1,376,000.00** |
| Last four digits of ACCOUNT NO. **1017** <br> **Hanmi Bank** <br> **3660 Wilshire Blvd  PH-A** <br> **Los Angeles  CA  90010** | | | **10/01/2007** <br> **Personal loan** | | | | **1,222,000.00** |
| Last four digits of ACCOUNT NO. <br> **Latin Media Inc** <br> **Wasserman Comden and Casselman** <br> **5567 Reseda Blvd  Ste 330** <br> **Tarzana  CA  91357** | | | **09/01/2009** <br> **Law suit for damages** | | | | **2,115,000.00** |

<u>1</u>  Continuation sheets attached

| | Subtotal ➤ | $ | **5,114,000.00** |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Young E Woo**
　　　　　　　　　　Debtor.

Case No.:　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>**MSA CA LLC**<br>**JIYOUNG KYM ESQ**<br>**3700 Wilshire Blvd Ste 260**<br>**Los Angeles CA 90010** | | | **04/01/2008**<br>**Lawsuit for damages** | | | | **25,000.00** |
| Last four digits of ACCOUNT NO.<br>**Musick Peeler and Garrett**<br>**One Wilshire Blvd Ste 2000**<br>**Los Angeles CA 90017** | | | **07/21/2009**<br>**Lawsuit for damages** | | | | **25,000.00** |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ **50,000.00**

Total ► $ **5,164,000.00**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name **Stirling J Hopson**
Address **Law Offices of Stirling J Hopson**
**411 W Lambert Rd #402**
**Brea CA 92821**
Telephone **714-257-3500**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names, used by Debtor(s) within last 8 years: **Young E Woo** | Case No.: <br> Chapter: **7** |
|---|---|

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **4** sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **9/16/2009**      **/s/ Young E Woo**
                         Young E Woo, Debtor

**/s/ Stirling J Hopson**
Stirling J Hopson, Attorney *(if applicable)*

Young E Woo
28 Sanctuary
Irvine  CA  92620

Stirling J Hopson
Law Offices of Stirling J Hopson
411 W Lambert Rd  #402
Brea  CA  92821

United States Trustee
411 W 4th Street Suite 9041
Santa Ana CA  92701-4593

BAC Home Loans
POB 5079
Simi Valley   CA   92062

BMW Financial Services
POB 75108
Phoenix   AZ   83061

Board of Equalization
POB 94279
Sacramento   CA   94279

Chase
POB 74148
Phoenix   AZ   85060

Chase
POB 74148
Phoenix   AZ

DCFS USA LLC
POB 9001321
Louisville   KY   37290

EDD
POB 826276
Sacramento CA   94230

Franchise Tax Board
POB 2952
Sacramento   CA   95812-2952

Golf Investments
Stradling Yocca Carlson and Rauth
660 Newport Center Dr  Ste 1600
Newport Beach   CA   92660

Hanmi Bank  
3660 Wilshire Blvd  PH-A  
Los Angeles  CA  90010

Internal Revenue Service  
POB 21126  
Philadelphia  PA  19114

Latin Media Inc  
Wasserman Comden and Casselman  
5567 Reseda Blvd  Ste 330  
Tarzana  CA  91357

Litton Loan Servicing  
POB 4187  
Houston  TX  77200

Marix Servicing  
POB 630661  
Dallas  TX  75235

MSA CA LLC  
JIYOUNG KYM ESQ  
3700 Wilshire Blvd  Ste 260  
Los Angeles  CA  90010

Musick Peeler and Garrett  
One Wilshire Blvd  Ste 2000  
Los Angeles  CA  90017

Robert and Patricia Rand  
6172 Sandy Hill Ln  
Yorba Linda  CA  92886

Saxon  
POB 167489  
Ft Worth  TX  76131

```
Specialized Loan Servicing
8742 Lucent Blvd  Suite 300
Highlands Ranch  CO  80129

VeriCrest Financial
POB 24300
Oklahoma City  OK  73134
```