| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JaVonne M. Phillips, Esq., SBN 187474<br>Merdaud Jafarnia, Esq., SBN 217262<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br>Phone (619) 685-4800 Fax (619) 685-4810<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Arch Bay Holdings LLC-Series 2008B, its assignees and/or successors and the servicing agent Marix Servicing, LLC | **FILED & ENTERED**<br><br>**DEC 16 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** steinber **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Young E Woo,<br><br>                                                        Debtor. | CHAPTER: 7<br>CASE NO.: 8:09-bk-19856-ES |
|---|---|
| | DATE: 11/17/09<br>TIME:   9:30AM<br>CTRM: 5A<br>FLOOR: 5 |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
## (MOVANT:  Arch Bay Holdings LLC-Series 2008B, its assignees and/or successors and the servicing agent Marix Servicing, LLC)

1. The Motion was: ☐ Contested ☒ Uncontested ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:*  2330 Tryall
                       Tustin, CA 92782

    Legal description or document recording number (including county of recording): 2007000056528, Orange County, California

    ☒ See attached page

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)(A)    ☐ 11 U.S.C. § 362(d)(3)
                                   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 4001-10.RP**

| In re: Young E Woo, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 8:09-bk-19856-ES |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-1O.ER).
d. ☒ See attached continuation page for additional provisions.

###

DATED: December 16, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 4001-10.RP

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of 5

| In re: Young E Woo, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 8:09-bk-19856-ES |

Legal Description

PARCEL 1:

UNIT NO. 61, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN FOR LOT 2 OF TRACT NO. 14110, ("PLAN"), RECORDED AUGUST 24, 1994 AS INSTRUMENT NO. 94-0519917 OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL 2:

AN UNDIVIDED 1/47TH FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO ALL THE REAL PROPERTY, INCLUDING WITHOUT LIMITATION THE COMMON AREA DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR VENTANA ("DECLARATION"), RECORDED SEPTEMBER 27, 1991 AS INSTRUMENT NO. 91-535440, OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, IN LOT 2 OF TRACT NO. 14110, IN THE CITY OF TUSTIN, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 675 PAGES 23 TO 30 INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL UNITS AS SHOWN ON THE MAP.

EXCEPTING THEREFROM; ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS OR RIGHTS WITHOUT HOWEVER ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING BELOW A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED.

PARCEL 3:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS AND EGRESS, USE, ENJOYMENT, DRAINAGE, ENCROACHMENT, MAINTENANCE, REPAIRS, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR TUSTIN RANCH COMMUNITY ASSOCIATION I ("MASTER DECLARATION"), RECORDED SEPTEMBER 12, 1991 AS INSTRUMENT NO. 91-493767, OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, THE SUPPLEMENTAL DECLARATION AND NOTICE OF ANNEXATION TO TUSTIN RANCH COMMUNITY ASSOCIATION ("NOTICE OF ANNEXATION"), RECORDED AUGUST 12, 1994 AS INSTRUMENT NO. 94-0500876 OF OFFICIAL RECORDS, IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS AND DECLARATION OF ANNEXATION OF TERRITORY FOR LOT 2 OF VENTANA ("DECLARATION OF ANNEXATION"), RECORDED AUGUST 12, 1994 AS INSTRUMENT NO. 94-0500875 OF OFFICIAL RECORDS.

PARCEL 4:

AN EXCLUSIVE EASEMENT APPURTENANT TO PARCELS 1 AND 2 DESCRIBE ABOVE FOR USE FOR YARD PURPOSES, OVER AREAS DEFINED AND DESCRIBED AS EXCLUSIVE USE COMMON AREA IN THE DECLARATION AND AS SHOWN AND ASSIGNED ON EXHIBIT A OF THE DECLARATION OF ANNEXATION.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-10.RP

**F 4001-10.RP**

Order on Motion for Relief from Stay (Real Property) – Page 4 of 5

| In re: Young E Woo, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 8:09-bk-19856-ES |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

    **The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.**

**IT IS FURTHER ORDER THAT relief from stay is granted without attorney fees and costs.**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

F 4001-10.RP

Order on Motion for Relief from Stay (Real Property) – Page 5 of 5

| In re: Young E Woo, | CHAPTER: 7 |
|---|---|
| Debtor. | CASE NUMBER.: 8:09-bk-19856-ES |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 11/23/2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| US TRUSTEE | TRUSTEE | DEBTOR'S COUNSEL |
|---|---|---|
| ustpregion16.sa.ecf@usdoj.gov | cdaff@epiqtrustee.com, cdaff@ecf.epiqsystems.com | shopson651@aol.com |

McCarthy & Holthus, LLP
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR -** Young E Woo   28 Sanctuary Irvine, CA 92620

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  **F 4001-10.RP.**